# Judge Hellerstein   

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
BAOYUEDA SHIPPING CO., LTD.,

               Plaintiff,

  - against -

ETERNAL TRADING AND INTERNATIONAL
SHIPPING INC. a/k/a ETERNAL SHIPPING & INT'L
TRADING INC. or ETERNAL SHIPPING AND INT'L
TRADING,

               Defendant.
------------------------------------------------------------------X

08 CV _____

ECF CASE

## DISCLOSURE OF INTERESTED PARTIES
## PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff:

               NONE.

Dated: April 8, 2008
       Southport, CT

               The Plaintiff,
               BAOYUEDA SHIPPING CO., LTD.

               By:_____
               Patrick F. Lennon
               Nancy R. Peterson
               Coleen A. McEvoy
               LENNON, MURPHY & LENNON, LLC
               The Gray Bar Building
               420 Lexington Avenue, Suite 300
               New York, NY 10170
               (212) 490-6050 - phone
               (212) 490-6070 - fax
               pfl@lenmur.com
               nrs@lenmur.com